# UNITED STATES DISTRICT COURT

## for the

## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NO MAGIC NEON, INC., <br> Plaintiff, <br><br> vs. <br><br> RADIANTZ LED LIGHTING, INC., <br> Defendant. | NYND Case No. 1:09-CV-00237 <br> (GLS/DRH) <br> NOTICE OF WITHDRAWAL <br> PURSUANT TO F.R.C.P. RULE 42 |

Plaintiff, NO MAGIC NEON, INC., hereby serves notice that the above-entitled case is voluntarily dismissed pursuant to Federal Rules of Civil Procedure, Rule 42, subdivision (a) (1)(A)(I). The parties have negotiated in good faith and at arms length and have reached a full settlement of the pending claims in the Northern District of New York, which was recited into the record before the Honorable David Daniel and has been duly executed by the parties. In light of that settlement, this action is dismissed with prejudice.

Respectfully submitted,
Date: May 14, 2009

*Monica Vogelmann Carrascoso*
Monica Vogelmann Carrascoso
Attorney for Plaintiff
P.O. Box 1034
38 Susquehanna Ave
Cooperstown, NY 13326
carrascoso@earthlink.net
(607) 287-6951
F(607)547-7053

SO ORDERED:

*Gary L. Sharpe*
U.S. District Judge
Date: 5/15/09